### THE STATE v. THE MORRIS CANAL AND BANKING COMPANY.

An indictment against a corporation may be removed from the Sessions by certiorari, upon individuals entering into recognizance on behalf of the company; and the certiorari may be allowed by a single judge at chambers.

*I. H. Williamson*, for the canal company, applied for a certiorari to remove an indictment found against them in the sessions of the county of Morris, for a nuisance in overflowing a highway.   He stated it was a new case, and did not appear to come within the act regulating the removal of indictments by certorari, *Rev. Laws*, 406 ; inasmuch as the defendants, being a corporation, could not enter into recognizance in the manner directed by the act; he therefore applied to the court.

BY THE COURT.   The case is not within the words of the statute, but is governed by analogy thereto.   Individuals should enter into recognizance on behalf of the corporation.   Upon doing which, the certiorari may be allowed by a single judge at chambers.